2022-2128 & 2022-2129

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

_____

PRIMESOURCE BUILDING PRODUCTS, INC.,
CHENG CH INTERNATIONAL CO., LTD., CHINA STAPLE
ENTERPRISE CORP., DE FASTENERS INC., HOYI PLUS CO.,
LTD., LIANG CHYUAN INDUSTRIAL CO., LTD., TRIM
INTERNATIONAL INC., UJL INDUSTRIES CO., LTD., YU CHI
HARDWARE CO., LTD., ZON MON CO., LTD.,
*Plaintiffs-Appellants,*

v.

UNITED STATES, MID CONTINENT STEEL & WIRE, INC.,
*Defendants-Appellees*

_____

Appeal from the United States Court of International Trade in No. 1:20-cv-03911-MAB, Chief Judge Mark A. Barnett

_____

CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE
RESPONSE BRIEFS

|  |  |
|---|---|
|  | Adam H. Gordon |
|  | Jennifer M. Smith |
|  | Lauren Fraid |
|  | **THE BRISTOL GROUP PLLC** |
|  | 1707 L Street, NW, Suite 570 |
|  | Washington, DC 20036 |
|  | 202-991-2700 |
| Dated: January 18, 2023 | *Counsel to Defendant-Appellee Mid Continent Steel & Wire, Inc.* |

# CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE BRIEFS

Pursuant to Rule 26(b) of the Rules of the United States Court of Appeals for the Federal Circuit and Rule 26(b) of the Federal Rules of Appellate Procedure, Defendant-Appellant Mid Continent Steel & Wire, Inc. ("Mid Continent") respectfully requests that this Court grant an extension of time of 21 days, up to and including **February 22, 2023**, for Defendants-Appellees Mid Continent and the United States to file their Response Briefs in this appeal.[1] The Response Briefs are currently due no later than February 1, 2023. This is Mid Continent's first extension request in this appeal. As this request for an extension of time exceeds 14 days, undersigned counsel hereby encloses an unsworn declaration under penalty of perjury under 28 U.S.C. § 1746 showing good cause for the extension, pursuant to Rule 26(b)(3) of the Rules of the United States Court of Appeals for the Federal Circuit.

Good cause exists for this extension. The ability of Mid Continent's counsel to complete preparation of the Response Brief in

---

[1] Mid Continent respectfully requests that any extension granted for Mid Continent to file its Response Brief be applied to the deadline for Defendant-Appellee the United States to file its Response Brief.

1

this appeal will be impeded by a significant volume of time-sensitive work arising from other cases being handled by the undersigned, who are responsible for drafting Mid Continent's Response Brief. In addition to the Response Brief to Plaintiffs-Appellants' Opening Briefs, the undersigned has been actively handling several cases pending before the Court, including *Pro-Team Coil Nail Enterprise Inc. v. United States*, No. 22-2241 (a matter for which counsel will also be seeking an extension of time); *Adee Honey Farms v. United States*, No. 22-2105; *Mid Continent Steel & Wire, Inc. v. United States*, No. 23-1039; and *Tau-Ken Temir LLP v. United States*, No. 22-2204. Moreover, counsel has been required to address time-sensitive deadlines in *Oman Fasteners, LLC v. United States*, CIT No. 22-00348 (which involves expedited briefing and a January 23, 2023 hearing related to a motion for preliminary injunctive relief), and in *Mid Continent Steel & Wire, Inc. v. United States*, CIT No. 15-00213.

These obligations exist in addition to ongoing responsibilities related to a variety of administrative proceedings before the U.S. Department of Commerce and the U.S. International Trade Commission in multiple ongoing antidumping, countervailing duty, and sunset

reviews, including a full five-year sunset review in *Certain New Pneumatic Off-the-Road Tires from India,* Inv. Nos. 701-TA-552 and 731-TA-1308 (Review).

Accordingly, counsel respectfully requests a modest amount of additional time to prepare the Response Brief. The requested extension of time will allow Mid Continent the opportunity to fully present its arguments and ensure that the Response Brief complies with the Court's Rules without causing prejudice to the other parties to this appeal.

Pursuant to Rule 26(b)(2) of the Rules of the United States Court of Appeals for the Federal Circuit, on January 17, 2023, counsel for Mid Continent contacted Jeffrey S. Grimson, Esq., counsel for Plaintiff-Appellant PrimeSource Building Products, Inc.; Kelly A. Slater, Esq., counsel for the Plaintiffs-Appellants Cheng Ch International Co., Ltd., *et al.*; and Sosun Bae, Esq., counsel for Defendant-Appellee the United States. Counsel for each party has consented to this motion.

For these reasons, we respectfully request that the Court grant this motion for an extension of time of 21 days, up to and including

**February 22, 2023**, for Defendants-Appellees Mid Continent and the United States to file their Response Briefs in this appeal.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | Adam H. Gordon, Esq.<br>Jennifer M. Smith, Esq.<br>Lauren Fraid, Esq.<br>**THE BRISTOL GROUP PLLC**<br>1707 L Street, NW, Suite 570<br>Washington, DC 20036<br>202-991-2700 |
| Dated: January 18, 2023 | *Counsel to Defendant-Appellee Mid Continent Steel & Wire, Inc.* |

FORM 9. Certificate of Interest                                                  Form 9 (p. 1)
                                                                                  July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**CERTIFICATE OF INTEREST**

**Case Number** 22-2128, 22-2129
**Short Case Caption** PrimeSource Building Products, Inc. v. US
**Filing Party/Entity** Mid Continent Steel & Wire, Inc.

> **Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 01/18/2023           Signature: /s/ Adam H. Gordon

                           Name:      Adam H. Gordon

FORM 9. Certificate of Interest                                                                    Form 9 (p. 2)
                                                                                                   July 2020

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Mid Continent Steel & Wire, Inc. | | Wholly owned by DEACERO USA Inc., a subsidiary of DEACERO S.A.P.I. de C.V. |
| | | |

☐ Additional pages attached

FORM 9. Certificate of Interest                                              Form 9 (p. 3)
                                                                                July 2020

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☐ Additional pages attached

| The Bristol Group PLLC | Adam H. Gordon | Jennifer M. Smith |
|---|---|---|
| Lauren Fraid | | |
| | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐ None/Not Applicable ☐ Additional pages attached

| Pro-Team Coil Nail Enterprise Inc. v. US, Ct. No. 22-2241 | | |
|---|---|---|
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Rules 28.1(e)(2) and 32(a)(7)(B) of the Federal Rules of Appellate Procedure.

This motion contains 586 words.

This motion complies with the typeface requirements Rule 32(a)(5) of the Federal Rules of Appellate Procedure, and the typestyle requirements of Rule 32(a)(6) of the Federal Rule of Appellate Procedure.

This motion has been prepared in a proportionally spaced type face using Word 2010 in Century Schoolbook 14-point font.


Dated: January 18, 2023

                 */s/ Adam H. Gordon*
                 Adam H. Gordon
                 **THE BRISTOL GROUP PLLC**
                 *Counsel to Defendant-Appellee Mid Continent Steel & Wire, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2023, a copy of the motion and declaration was served on the following party by operation of the Court's electronic-filing system:

Jeffrey S. Grimson, Esq.
**Mowry & Grimson, PLLC**
5335 Wisconsin Avenue NW
Washington, DC 20015
Email:  jsg@mowrygrimson.com

Kelly A. Slater, Esq.
Appleton Luff Pte. Ltd.
1025 Connecticut Avenue NW
Suite 1000
Washington, DC 20036
Email:  slater@appletonluff.com

Sosun Bae
Trial Attorney
**Department of Justice**
Commercial Litigation Branch, Civil Division
PO Box 480
Ben Franklin Station
Washington, DC 20044
Email:  sosun.bae@usdoj.gov

*/s/ Adam H. Gordon*
Adam H. Gordon
**THE BRISTOL GROUP PLLC**
*Counsel to Defendant-Appellee Mid Continent, Inc.*

Dated:  January 18, 2023

2022-2128 & 2022-2129

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

---

**PRIMESOURCE BUILDING PRODUCTS, INC., CHENG CH INTERNATIONAL CO., LTD., CHINA STAPLE ENTERPRISE CORP., DE FASTENERS INC., HOYI PLUS CO., LTD., LIANG CHYUAN INDUSTRIAL CO., LTD., TRIM INTERNATIONAL INC., UJL INDUSTRIES CO., LTD., YU CHI HARDWARE CO., LTD., ZON MON CO., LTD.,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES, MID CONTINENT STEEL & WIRE, INC.,**
*Defendants-Appellees*

---

Appeal from the United States Court of International Trade in No. 1:20-cv-03911-MAB, Chief Judge Mark A. Barnett

---

## **DECLARATION OF ADAM H. GORDON**

In support of Defendant-Appellee Mid Continent Steel & Wire, Inc.'s ("Mid Continent") Consent Motion for An Extension of Time, Defendant-Appellee's counsel, Adam H. Gordon, declares, pursuant to 28 U.S.C. § 1746, as follows:

1.  I am an attorney and the managing partner of The Bristol Group PLLC.  In that capacity, I am counsel of record for Mid Continent in this case.

2.  Good cause exists for the requested extension.  We anticipate delay in the ability to complete preparation of the Response Brief in this appeal due to a significant volume of time-sensitive work arising from other cases being handled by the undersigned, who are responsible for drafting Mid Continent's Response Brief.

3.  We thus require additional time to complete preparation and coordination of the brief, and seek this enlargement immediately upon determining that additional time was needed.

### DECLARATION

I declare that the foregoing is true and correct to the best of my knowledge and belief.

*/s/ Adam H. Gordon*
Adam H. Gordon

Executed:  January 18, 2023