NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRIMESOURCE BUILDING PRODUCTS, INC., CHENG CH INTERNATIONAL CO., LTD., CHINA STAPLE ENTERPRISE CORP., DE FASTENERS INC., HOYI PLUS CO., LTD., LIANG CHYUAN INDUSTRIAL CO., LTD., TRIM INTERNATIONAL INC., UJL INDUSTRIES CO., LTD., YU CHI HARDWARE CO., LTD., ZON MON CO., LTD.,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, MID CONTINENT STEEL & WIRE, INC.,**
*Defendants-Appellees*

---

2022-2128, 2022-2129

---

Appeals from the United States Court of International Trade in Nos. 1:20-cv-03911-MAB and 1:20-cv-03934-MAB, Chief Judge Mark A. Barnett.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Mid Continent Steel & Wire, Inc.'s unopposed motion for an extension of time, until February 22, 2023, for the appellees to file their response briefs, ECF No. 34,

IT IS ORDERED THAT:

(1) ECF No. 34 is granted; the appellees' response briefs are due no later than February 22, 2023.

(2) ECF No. 33 is denied as moot.

FOR THE COURT

January 26, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court