

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

March 11, 2024

2022-2128 - PrimeSource Building Products, Inc. v. US

# NOTICE OF NON-COMPLIANCE

The Response to Notice of Oral Argument submitted by Liang Chyuan Industrial Co., Ltd., China Staple Enterprise Corp., Yu Chi Hardware Co., Ltd., Trim International Inc., De Fasteners Inc., UJL Industries Co., Ltd., Cheng Ch International Co., Ltd., Zon Mon Co., Ltd., and Hoyi Plus Co., Ltd. is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The case number on the document is incorrect or incomplete. Fed. R. App. P. 32(a)(2)(A); Fed. R. App. P. 32(c)(2)(A).

*Clerk's Note: Counsel is encouraged to list all parties on Form 33, please use an additional page if necessary.*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

By: M. Hull, Deputy Clerk