# United States Court of Appeals for the Federal Circuit

**PRIMESOURCE BUILDING PRODUCTS, INC., CHENG CH INTERNATIONAL CO., LTD., CHINA STAPLE ENTERPRISE CORP., DE FASTENERS INC., HOYI PLUS CO., LTD., LIANG CHYUAN INDUSTRIAL CO., LTD., TRIM INTERNATIONAL INC., UJL INDUSTRIES CO., LTD., YU CHI HARDWARE CO., LTD., ZON MON CO., LTD.,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, MID CONTINENT STEEL & WIRE, INC.,**
*Defendants-Appellees*

2022-2128, 2022-2129

Appeals from the United States Court of International Trade in Nos. 1:20-cv-03911-MAB, 1:20-cv-03934-MAB, Chief Judge Mark A. Barnett.

## MANDATE

In accordance with the judgment of this Court, entered August 7, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT



September 30, 2024
Date

Jarrett B. Perlow
Clerk of Court